

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Webb,<br><br>　　　　　　　　　Petitioner<br><br>v.<br><br>Eric Noonan, Warden,<br><br>　　　　　　　　　Respondent | Civil Action No. 18cv1551-GPC(WVG)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This Court denies Petitioner's petition requesting habeas relief under 28 U.S.C. § 2241.

Date: 8/7/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
　　　　　　　　　　R. Chapman, Deputy